FILE COPY

No. 07-13-00408-CR

| | | |
|---|---|---|
| Michelle Lorraine Lehman<br>  Appellant | §<br>§ | From the County Court at Law No. 2<br>  of Ellis County |
| v. | § | September 8, 2014 |
| The State of Texas<br>  Appellee | §<br>§ | Opinion by Justice Pirtle |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 8, 2014, it is ordered, adjudged and decreed that the judgments of the trial court be modified to delete the order to pay $600 for attorney's fees and as modified, the judgments are affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o